# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CALIFORNIA PUBLIC UTILITIES
COMMISSION,

                 Petitioner,

    v.

FEDERAL COMMUNICATIONS
COMMISSION and the UNITED
STATES OF AMERICA,

                 Respondents.

Case No. 26-_____

## PETITION FOR REVIEW

Pursuant to 5 U.S.C. § 706, 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342-2344, and Federal Rule of Appellate Procedure 15, the California Public Utilities Commission ("CPUC") hereby petitions this Court for review of the order of the Federal Communications Commission ("Commission" or "FCC") captioned *In the Matter of Reducing Barriers to Network Improvements and Service Changes; Accelerating Network Modernization*, Report and Order, WC Docket Nos. 25-209, 25-208, FCC 26-19 (rel. March 27, 2026) ("Order"). The regulations in the Order were published in the Federal Register on April 20, 2026. *See* 91 Fed. Reg. 20,913. A copy of the full text of the Order is attached with this petition.

609173604

- 1 -

Venue is proper in this Court pursuant to 28 U.S.C. § 2343. The CPUC's principal headquarters are located in California, in the Ninth federal judicial circuit. The CPUC participated in the proceedings that led to the Order and has standing to seek review of the Order under 28 U.S.C. § 2344 as a party aggrieved by the Order. On May 13, 2026, the United States Judicial Panel on Multidistrict Litigation selected the U.S. Court of Appeals for the Sixth Circuit in which to consolidate petitions for review of this Order (Case MCP 204).

The CPUC seeks a determination by this Court that the Order is arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act, 5 U.S.C. § 701 *et seq*.; in excess of the Commission's statutory authority; violates federal law, including, but not limited to, the Constitution, the Communications Act of 1934, as amended, and FCC regulations promulgated thereunder; conflicts with the notice-and-comment rulemaking requirements of 5 U.S.C. § 553; and is otherwise contrary to law.

Accordingly, the CPUC respectfully requests that this Court hold unlawful, vacate, enjoin, and set aside the Order, and that it provide such additional relief as may be appropriate.

Dated: June 22, 2026        Respectfully submitted,

CHRISTINE J. HAMMOND, Cal. SBN 206768
AARON H. BLOOM, Cal. SBN 281079
JONATHAN C. KOLTZ, Cal. SBN 268793
LINDSAY M. BROWN, Cal. SBN 215377
KIMBERLY J. LIPPI, Cal. SBN 185043

By:   /s/    Kimberly J. Lippi
         KIMERLY J. LIPPI

California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102
Telephone: (415) 703-5822
Facsimile: (415) 703-2262

Attorneys for Petitioner California
Public Utilities Commission

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on June 22, 2026, the foregoing **Petition for Review**

was electronically filed with the Clerk of Court for the U.S. Court of Appeals for

the Ninth Circuit through the appellate CM/ECF system.

I further certify that I caused a copy of the foregoing Petition for Review to

be served on the following counsel by the manner indicated:

*By First Class Mail and Electronic Mail*
Adam Candeub
Office of General Counsel
Federal Communications Commission
45 L Street, NE
Washington, D.C. 20554
LitigationNotice@fcc.gov

*By First Class Mail*
Todd Blanche
Acting Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

/s/     Kimberly J. Lippi
KIMBERLY J. LIPPI

609173604                                     - 4 -